Nathan Brown (SBN 033482)
15100 N 78th Way Suite 203
BROWN PATENT LAW
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com

[Additional counsel appearing on signature block]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Kajiwara, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Sensible Housing Solutions, LLC, an Arizona limited liability company, and True Freedom Achievers, LLC, an Arizona limited liability company,<br><br>Defendants. | No. 2:20-cv-02459-DMF<br><br>**NOTICE OF DISMISSAL** |

Plaintiff Tracy Kajiwara hereby gives notice of the dismissal with prejudice of Plaintiff's individual claims and without prejudice to the putative class's claim, with all parties to bear their own attorneys' fees and costs.

                                                Respectfully Submitted,

Dated: March 1, 2021         By: /s/ *Rachel E. Kaufman*
                                              Rachel E. Kaufman (*pro hac vice*)
                                              kaufman@kaufmanpa.com
                                              KAUFMAN P.A.
                                              400 NW 26th Street
                                              Miami, FL 33127
                                              Telephone: (305) 469-5881

Notice of Dismissal

Nathan Brown (SBN 033482)
15100 N 78th Way Suite 203
BROWN PATENT LAW
Scottsdale, AZ 85260
Phone: 602-529-3474
Email: Nathan.Brown@BrownPatentLaw.com
*Local Counsel for Plaintiff
and the putative Class*

*Attorneys for Plaintiff and the putative Class*

Notice of Dismissal